**Order entered September 20, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00340-CV

### IN THE MATTER OF GABRIELLE RENEE COLEMAN
### AND KORWIN JEANEL WILBURN

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV15-00661V**

## ORDER

Before the Court is appellant's September 15, 2017 motion for an extension of time to file a brief. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellant on September 15, 2017 filed as of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE